FORM 13

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by _____ Eric R. Rock of Rock Trade Law LLC _____
(Name of attorney of record)
on behalf of _____ VICTOR TECHNOLOGY, LLC _____ in the
matter of _____ VICTOR TECHNOLOGY, LLC _____ v. _____ United States, et al ,
Court No. __ 25-cv-00460 __ .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

_____ None _____

2. Indicate whether the party on whose behalf this Form is being filed is [ **X** ] or is not [    ] the real party in interest. If not, identify below the real party in interest.

_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

_____ N/A _____

_____          December 10, 2025
(Signature of Attorney)                    (Date)

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6191 (telephone)
erock@rocktradelaw.com (e-mail)